Term without a jury. The actions were to recover on policies of limited war risk insurance covering a steamship. The defense was that the vessel deviated from the voyage for which she was insured. It appeared that on the voyage from Gothenberg to New York the vessel was seized by a British war vessel and taken into Hull, England, where she was unloaded and chartered to that government for a voyage to Sweden. On the return trip the vessel was sunk by a German submarine.

*Robert Kelly Prentice* for appellants.

*J. B. Engel* and *J. G. Engel* for respondents.

In each case judgments reversed and complaint dismissed, with costs in all courts, on opinion in *Aktiebolaget Malareprovinsernas Bank* v. *American Merchant Marine Ins. Co.* (241 N. Y. 197).

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: HISCOCK, Ch. J.

---

BELL BELAIR, as Administratrix of the Estate of HARRY BAKER, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.

*State — negligence — highways — defect in State highway — claim against State for death of passengers in automobile dismissed.*

*Belair* v. *State,* 212 App. Div. 206, affirmed.

(Argued October 15, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered March 28, 1925, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon an award of the Court of Claims and directing a dismissal of a claim against the State for the death of plaintiff's intestate, alleged to have been occasioned through a defect in a State highway. It appeared that while intestate was a passenger in an automobile traveling upon the highway between Canton and Potsdam, the driver turned to the right on the dirt shoulder of the road to pass an approaching car and when he turned back one of the rear wheels of the car dropped into a hole causing it to swerve so that

the driver lost control and the car ran into the ditch on the other side of the road.

*Wordsworth B. Matterson* and *William F. Quinn* for appellant.

*Albert Ottinger, Attorney-General (Albert J. Danaher* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, ANDREWS and LEHMAN, JJ. Dissenting: CARDOZO, POUND and CRANE, JJ.

---

JOANNES BROTHERS COMPANY, Respondent, *v.* FEDERAL SUGAR REFINING COMPANY, Appellant.

*Contract — sale — action to rescind contract to purchase on ground of defect in quality.*

*Joannes Brothers Co.* v. *Federal Sugar Refining Co.,* 212 App. Div. 868, affirmed.

(Argued October 19, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1925, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to rescind a contract for the purchase of fine granulated sugar and to recover the purchase price on the ground that the sugar delivered was of an inferior quality.

*Ernest A. Bigelow* and *Harold D. Beatty* for appellant.

*George T. Hogg, John F. Martin* and *Gerald F. Clifford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: LEHMAN, J.